# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JERROD BRISCOE,

        Plaintiff,

vs.

KENTON EIUCHER, *et al.*,

        Defendants.

Case No. 2:18-cv-00463-RFB-GWF

**ORDER**

This matter is before the Court on Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1), filed on March 14, 2018. On March 21, 2018, Plaintiff paid the $400 filing fee to initiate this lawsuit. *See Receipt* (ECF No. 3). Therefore, Plaintiff's Application to Proceed IFP is now moot.[1] Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **denied** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file Plaintiff's Complaint (ECF No. 1-1).

DATED this 22nd day of March, 2018.

                                                      GEORGE FOLEY, JR.
                                                    United States Magistrate Judge

---

[1] Because Plaintiff has paid the filing fee he must now submit a proposed summons to each defendant named in his complaint. Upon receipt, the Clerk of Court will issue the proposed summonses and Plaintiff is responsible for ensuring that each defendant is properly and timely served pursuant to Federal Rule of Civil Procedure 4. Plaintiff may, however, file a motion asking the Court to order the U.S. Marshal to effectuate service on defendants if Plaintiff believes he cause show the necessary good cause for his inability to do so.