UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERROD BRISCOE,<br><br>                      Plaintiff,<br>v.<br>KENTON EIUCHER, et al.,<br><br>                      Defendants. | Case No. 2:18-cv-00463-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Service by the U.S. Marshals (ECF No. 7), filed on April 10, 2018.

On March 22, 2018, the Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 183. *See* ECF No. 5. Upon review and consideration, the Court finds good cause to grant Plaintiff's request. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Service by the U.S. Marshals (ECF No. 7) is **granted**.

**IT IS FURTHER ORDERED** that:

1. The Clerk of the Court shall electronically **SERVE** a copy of this order and a copy of Plaintiff's complaint (ECF. No. 7) on the Office of the Attorney General of the State of Nevada, attention Kat Howe.

2. Within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, *under seal*, but shall not serve the inmate

1

Plaintiff the last known address(es) of the defendant(s) for who it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

    3. If service cannot be accepted for any of the named defendant(s), Plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, Plaintiff shall provide the full name <u>and</u> address for the defendant(s).

    4. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the amended complaint within **sixty (60) days** from the date of this order.

    5. Henceforth, Plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed or electronically filed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The Court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk of the Court, and any document received by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate showing proper service.

    Dated this 20th day of April, 2018.

*George Foley Jr.*
_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE