UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JERROD BRISCOE,

          Plaintiff,

v.

EIUCHER, *et al.*,

          Defendants.

Case No. 2:18-cv-00463-RFB-GWF

**ORDER**

Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants Lish Luzaich, Metropolitan Police, Joshua D Ferry, Justice Court, District Court, and Daniel Rosequist, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure.

In addition, Rule 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

Based upon the return of two mailings as undeliverable on June 25, 2018 and July 13, 2018, Plaintiff has failed to timely notify the Court of his change of address as required by LR 2-2. This provides an additional reason to dismiss this action without prejudice Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Lish Luzaich, Metropolitan Police, Joshua D Ferry, Justice Court, District Court, and Daniel Rosequist.

DATED this 7th day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE